■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMAN RODELFO, Appellant. — Judgment, Supreme Court, New York County (Denzer, J., at

trial and sentence; Myers, J., on motion to suppress physical evidence; Kelly, J., on motion to suppress statements), rendered on March 12, 1980, unanimously affirmed. *The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion.* Concur — Sullivan, J. P., Ross, Markewich, Silverman and Fein, JJ.